UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-175-FL(4)

FILED IN OPEN COURT
ON 8-27-2014
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| | : INDICTMENT |
| MARCUS WHITE | : |

The Grand Jury charges that:

On or about the December 4, 2013, in the Eastern District of North Carolina, MARCUS WHITE, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, in violation of Title 18, United States Code, Sections 922(g) and 924.

### FORFEITURE NOTICE

Upon conviction of the offense set forth this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. Ruger, Mark II, .22 caliber pistol, serial number 21962337.
2. North American Arms, .22 caliber revolver, serial number L056205.
3. .22 caliber ammunition

If any of the property described above, as a result of any act or omission of the defendant[s]:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), all pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL.

_____
FOREMAN

8/26/14
DATE

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

THOMAS G. WALKER
United States Attorney

BY: _____
RUDY E. RENFER
Assistant United States Attorney