

U. S. Department of Justice

*Thomas G. Walker*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

DATE: August 26, 2014

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: THOMAS G. WALKER
United States Attorney

ATTN OF: RUDY E. RENFER
Assistant United States Attorney

SUBJECT: U.S. v. MARCUS WHITE
No. 5:14-CR-175-FL(4) WESTERN DIVISION

Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.


RER: ael

cc: US Marshal Service
US Probation Office