# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

VS.

MARCUS WHITE



AUG 2 8 2014

U.S. _____ _____, EDNC

**WARRANT FOR ARREST**

CRIMINAL CASE: 5:14-CR-175-FL(4)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**MARCUS WHITE** and he/she shall be brought before the nearest Magistrate/Judge to answer an

**X** Indictment _____ Superseding Indictment _____ Criminal Information___Complaint

____ Order of Court: ___ Violation Notice___Probation Violation Petition charging him/her with violation of___United States Code, Section:

Count 1 - 18 U.S.C. §§922(g)(1) and 924 - Felon in possession of firearm and ammunition

| | |
|---|---|
| Julie A. Richards | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | August 27, 2014 - RALEIGH, NORTH CAROLINA |
| Signature of Issuing Officer by | Date and Location |

Recommended Bond: DETENTION

| RETURN |
|---|

This warrant was received and executed with the arrest of the above named defendant at

*Fayetteville NC*

| DATE RECEIVED 8/28/14 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING *Samantha Tanner* |
|---|---|---|
| DATE OF ARREST 2/1/15 | *Joshua Johnson, ATF* | *USMS E/NC* |

## FILED

### FEB 0 2 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK