IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-00175-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| MARCUS WHITE, | ) |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: Sheriff Earl R. Butler
131 Dick St.
Fayetteville, North Carolina 28301
(910) 323-1500 (phone); (910) 677-5507 (fax)

Cumberland County Detention Center
204 Gillespie St.
Fayetteville, North Carolina 28301
(910) 672-5630 (phone); (910) 672-5737 (fax)

**GREETINGS:**

**You are commanded** to produce the body of **JESSICA RANNE NICHOLSON - Booking Number 181335**, now held in custody at the **Cumberland County Detention Center in Fayetteville, North Carolina**, and deliver the same to the custody of the United States Marshals Service at the **Alton Lennon United States Courthouse, 2 Princess St., Courtroom 3, Wilmington, North Carolina, 28401, on May 6, 2015, at** ~~10:00~~ *9 a.m.* a.m. for the purpose of appearing at a hearing scheduled in the above captioned case before the Honorable Robert B. Jones, Jr., United States Magistrate Judge.

The authorities of the Cumberland County Sheriff's Office are directed to deliver the prisoner to the United States Courthouse at least 30 minutes prior to the hearing and, when the prisoner has served her purpose and is released by the court, to return her to the appropriate prison facility. The

Cumberland County Sheriff's Office shall also bring to the attention of the United States Marshals Service any medical or security concerns regarding the prisoner.

Copies of this Writ will be certified to the Cumberland County Sheriff, the Cumberland County Detention Center, and the United States Marshals Service in Raleigh and Wilmington, North Carolina.

SO ORDERED, this 5th day of May, 2015.

Robert B. Jones, Jr.
United States Magistrate Judge