IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00175-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARCUS WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with regard to the Government's Motion to Supplement the Evidentiary Record, filed on May 19, 2015. Gov't's Mot. [DE-36]. On May 5 and 6, 2015, the court held a hearing on Defendant's Motion to Suppress [DE-21]. The court allowed Defendant's request to file supplemental briefing, which is due within ten (10) days of the parties receiving a transcript of the suppression hearing, with the Government's responsive brief due seven (7) days thereafter. Minute Entry for May 6, 2015 Hrg. [DE-33].

The Government asks the court to supplement the evidentiary record of the hearing on Defendant's Motion to Suppress, to include an Affidavit of Detective David Franklin, signed on May 19, 2015 and labeled "Government Exhibit M-4" [DE-36-1]. Gov't's Mot. [DE-36] at 1-4. In its motion, the Government states that counsel for Defendant was made aware of the affidavit's contents and consents to its inclusion in the evidentiary record. *Id.* at 3.

Accordingly, the Government's Motion to Supplement the Evidentiary Record [DE-36] is ALLOWED, and Government's Exhibit M-4 shall be included in the evidentiary record on Defendant's Motion to Suppress [DE-21].

SO ORDERED, this the 20 day of May 2015.

                                            Robert B. Jones, Jr.
                                            United States Magistrate Judge