UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-175-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| MARCUS WHITE | : | |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case be dismissed.

This the 22nd day of July, 2015.

*/s/ Louise W. Flanagan*
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE