# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### 413 MIDDLE STREET
### NEW BERN, NC   28560

CLERK'S OFFICE

TELEPHONE:  252-638-8534

RECEIPT FOR EXHIBITS

---

**CASE NAME:**     USA v. MARCUS WHITE (CASE NO. 5:14-CR-175-FL-1)

**DATE:**  _8/10/16_

**DEPUTY CLERK:** _Susan Tripp_

I, _BRAD KNOTT_ , hereby accept delivery of the following items
from the clerk's office in the above-referenced matter.

GOVERNMENT'S EXHIBITS ADMITTED DURING SUPPRESSION HEARING

Signature of Receiving Party